```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

Saintil,

                              Plaintiffs,

                -against-

Community Housing, et al.,

                              Defendant.

```
------------------------------------------------------------------X
```

**ORDER RE STATUS CONFERENCE**

7:22-cv-09857-CS-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

**PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

A Status Conference (via telephone) is hereby scheduled **March 28, 2024 at 11 am.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID **117 817 611 8** and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
               February 22, 2024

                                                             _____
                                                              VICTORIA REZNIK
                                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024