# MEMO ENDORSED

FORMERLY KNOWN AS GRECO LAW FIRM, PC.

1599 HIGHWAY 34 – SUITE 2
WALL, NEW JERSEY 07727

———

Tel: (732) 704-4020
Fax: (732) 343-7076
e-mail: info@csiglf.com

———

csilawfirm.com

**NEW YORK OFFICES**
*(By Appointment Only)*

3996 AMBOY ROAD
STATEN ISLAND, NY 10308
TEL: (718) 701-4405

2340 86TH STREET
BROOKLYN, NY 11214
TEL: (718) 701-4405

112 WEST 34TH STREET
NEW YORK, NY 10120
TEL: (212) 688-8111

March 21, 2024

**VIA ECF**
Honorable Victoria Reznick
United States Magistrate Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

  Re: Rosario, et al., v. Community Housing Management Corp., et al.
     Case No.: 7:22-cv-9855 (CS)
     Saintil, et al. v. Community Housing Management Corp., et al.
     Case No.: 7:22-cv-9857 (CS)

Dear Judge Reznik:

  We represent all the plaintiffs in the above captioned matters and write with respect to the Court's most recent Order, dated March 19, 2024, regarding the due date for plaintiffs to file a Supplemental Memorandum of Law, as well as respective due dates for Opposition and Reply. **With the consent of counsel for defendants**, plaintiffs respectfully request the following:

- April 2, 2024 – due date for plaintiffs' Supplemental Memorandums of Law;
- May 3, 2024 - due date for defendants' Opposition;
- May 17, 2024 - due date for plaintiffs' Reply.

  The aforementioned dates push all previously Court Ordered dates by one week. We respectfully thank the Court for its kind consideration herein.



Respectfully submitted,

CSI GROUP LAW FIRM, P.C.

By: s/*Marc W. Garbar*
Marc W. Garbar

Plaintiffs' request for an extension of time to file a Supplemental Memorandum of Law is **GRANTED**.  The Supplemental Memorandum of Law is due by **April 2, 2024**. Defendants' Oppositions are due by **May 3, 2024**.  Plaintiffs' Reply is due by **May 17, 2024**.

**There will be no further extensions absent good cause.**

APPLICATION GRANTED

_____
Hon. Victoria Reznik, U.S.M.J.

**Dated:** March 21, 2024

